United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3346

_____

Charles L. Allen, Jr.; Judith D. Curry;  *
Rickey Evans;                            *
                                         *
         Plaintiffs-Appellants,          *
                                         *   Appeal from the United States
         v.                              *   District Court for the
                                         *   Eastern District of Arkansas.
                                         *
City of Little Rock; Rubin W. Webb, in   *
his official and individual capacity;    *        [UNPUBLISHED]
James T. Cantrell, in his official and   *
individual capacity;                     *
                                         *
         Defendants-Appellees.           *

_____

Submitted: March 9, 1998
     Filed:  March 18, 1998

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and
     MONTGOMERY, District Judge.[1]

_____

PER CURIAM.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the
District of Minnesota, sitting by designation.

The District Court[2] granted summary judgment to all the defendants. The court determined that plaintiffs, who were terminated from their positions as probationary firefighters without a hearing, were at-will employees and had no property interest in their positions; thus they were not entitled to the due process protections afforded by the Fourteenth Amendment. Plaintiffs appeal.

Having considered the briefs, the record, and the arguments of the parties, we are satisfied the judgment of the District Court is correct. No error of law appears, and an opinion would lack precedential value. Accordingly, we forego extended discussion.

The judgment of the District Court is AFFIRMED. See 8th Cir. R. 47B.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.